```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :
PROMOTION IN MOTION, INC.,                :
*doing business as* PIM Brands, Inc.,            :
                                                      :          1:22-cv-2421-GHW
                                       Plaintiff,       :
                                                      :               ORDER
                              -v -                        :
                                                      :
PRIMARY PRODUCTS INGREDIENTS       :
AMERICAS LLC, *doing business as* Tate & Lyle  :
Ingredients Americas LLC,                       :
                                                      :
                                       Defendant.     :
                                                      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 1, 2022, Plaintiff filed a request in the related case no. 22-cv-2499 at Dkt. No. 23 to dismiss this action on the ground that the Court lacks subject matter jurisdiction. That request is granted. This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: April 1, 2022
New York, New York

                                                                             _____
                                                                               GREGORY H. WOODS
                                                                        United States District Judge